**97–2099. In re Neller.**

IT IS ORDERED by this court, *sua sponte*, that Richard M. Neller, Attorney Registration No. 0018855, last known address in Toledo, Ohio, is found in contempt for failure to comply with this

court's order of October 28, 1997, to wit: failure to file an affidavit of compliance on or before December 1, 1998.